# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bessie Blankenship,

    Plaintiff(s),                      **JUDGMENT IN A CIVIL CASE**

vs.                                   **3:03cv221**

Sprint Corp.,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by a Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/9/2007 Order.


                                                          FRANK G. JOHNS, CLERK

May 10, 2007

                                                          By:  Jeanie Koechley, Deputy Clerk